FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY D.B. DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKA SENEGAL MUHAMMAD, <br><br> Petitioner, <br><br> v. <br><br> GARY SWARTHOUT, Warden, <br><br> Respondent. | Case No. CV 11-1515-VAP (OP) <br><br> JUDGMENT |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 27, 2011

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge